Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number
**Dean R. Prober, Esq., BAR ID: 106207**
**Lee S. Raphael, Esq., BAR ID: 180030**
**Cassandra J. Richey, Esq., BAR ID: 155721**
**Polk, Prober & Raphael, A Law Corporation**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**
**Telephone # (818) 227-0100**
**Fax # (818) 227-0101**
**cmartin@pprlaw.net**
☐ *Individual appearing without counsel*
☒ *Attorney for Movant* Inter Mountain Mortgage (F.040-693)

FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 22 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY rhambo   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

LANE RICHARD CAGLE AND DONNA GAY CAGLE

Debtor(s).

CHAPTER: 7

CASE NO.: 6:09-bk-26181-MJ

DATE: 9/16/09
TIME: 9:00 am
CTRM: 302
FLOOR: 3rd

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
**(MOVANT:** U.S. BANK, NA**)**

1. The Motion was:  ☐ Contested   ☒ Uncontested   ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address*: **607 Ridge Place**
    *Apartment/Suite No.:*
    *City, State, Zip Code*: **Crestline California 92325**

    Legal description or document recording number (including county of recording):

    *
    ☐ See attached page.

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

| In re:<br>LANE RICHARD CAGLE and DONNAY GAY CAGLE<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 6:09-bk-26181-MJ |
|---|---|

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d. ☐ See attached continuation page for additional provisions.

                                       ####

DATED: September 22, 2009

United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*

**F 4001-10.RP**

| In re:<br>LANE RICHARD CAGLE and DONNAY GAY CAGLE | | CHAPTER 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:09-bk-26181-MJ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Polk, Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

A true and correct copy of the foregoing document described as <u>ORDER GRANTING RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>09/17/09</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/17/09 | Danielle Seth-Hunter | | /s/ Danielle Seth-Hunter |
|---|---|---|---|
| *Date* | *Type Name* | | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of Californi a.

*Revised January 2009* **F 4001-10.RP**

| In re:<br>LANE RICHARD CAGLE and DONNAY GAY CAGLE<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 6:09-bk-26181-MJ |
|---|---|

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

Honorable Meredith A. Jury
U.S. Bankruptcy Court
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819
JUDGE'S COPY

Lane Richard Cagle
Donna Gay Cagle
P.O. Box 1418
Crestline, CA 92325
Debtors

Marjorie M. Johnson, Esquire
P.O. Box 3276
Crestline, Ca 92325
Debtors' Attorney

John P. Pringle
6055 East Washington Blvd., Suite 500
Los Angeles, CA 90040
Chapter 7 Trustee

Polk, Prober & Raphael, A Law Corporation
Attorneys for Movant
P.O. Box 4365
Woodland Hills, CA 91365-4365

U.S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2009* **F 9013-3.1**

| In re:<br>LANE RICHARD CAGLE and DONNAY GAY CAGLE | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 6:09-bk-26181-MJ |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) Order on Motion for Relief from Stay (Real Property) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of     8/6/2009    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Marjorie M Johnson, mmjesq@msn.com; John P Pringle, jpringle@ecf.epiqsystems.com; johnppringle@earthlink.net
United States Trustee (RS), ustpregion16.rs.ecf@usdoj.gov; Cassandra J. Richey, cmartin@pprlaw.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid,to the following person(s) and/or entity(ies) at the address(es) indicated below:

Lane Richard Cagle
Donna Gay Cagle
P.O. Box 1418
Crestline, CA 92325

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised January 2009* **F 9013-3.1**